ALAN L. ISAACMAN, Bar #42273
MICHAEL A. PAINTER, Bar #43600
STEVEN H. BLACKMAN, Bar #93538
ISAACMAN, KAUFMAN & PAINTER
8484 Wilshire Boulevard, Suite 850
Beverly Hills, California 90211
(323) 782-7700 - Telephone
(323) 782-7744 - Facsimile

Attorneys for Plaintiff and Counterdefendants,
LUSA LIGHTING INT'L., INC., et al

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| LUSA LIGHTING INT'L., INC., a California corporation,<br><br>Plaintiff,<br><br>v s.<br><br>AMERICA ELEX, INC., et al<br>Defendants.<br><br>AND RELATED CROSS-ACTION | CASE NO. SACV07-674-DOC(MLGx)<br><br>ORDER OF DISMISSAL |

Based on the Stipulation of Dismissal of the parties, the Court finds good cause to enter this Order of Dismissal as requested by the parties' Stipulation. Accordingly, pursuant to the settlement, the Court hereby orders that all claims for relief asserted by plaintiff against defendants, and defendants against plaintiff, in

MAP-LUSA-2251

1  the above-captioned case are dismissed, with prejudice, with each party to bear
2  their own costs and fees in connection with the dismissal.

3
4  Dated: February 3, 2009         *David O. Carter*
                                   _____
5                                  UNITED STATES DISTRICT JUDGE